**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE FUND, PAUL A. MACDONALD, in his official capacity as Executive Director, TEAMSTERS LOCAL 251 UNIFIED TRUST FUND, TEAMSTERS LOCAL 251 TRAINING FUND, and Christine Roy, in her official capacity as Administrator of the Unified Trust and Training Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 06-81T |
| JOHN ROCCHIO CORPORATION, Defendant. | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 8 day of June, 2006, to the following parties of record:

John Rocchio Corporation
20 Lark Industrial Parkway
Smithfield, RI 02828

Mal A. Salvadore, Esq.
400 Reservoir Avenue
Providence, RI 02907