RECEIVED
JUN 29 2006
Local 251 Training Fund

JUL 07 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE FUND, PAUL A. MACDONALD, in his official capacity as Executive Director, TEAMSTERS LOCAL 251 UNIFIED TRUST FUND, TEAMSTERS LOCAL 251 TRAINING FUND, and Christine Roy, in her official capacity as Administrator of the Unified Trust and Training Funds,
Plaintiffs,

v. C.A. No. 06-81T

JOHN ROCCHIO CORPORATION,
Defendant.

**AFFIDAVIT OF CHRISTINE ROY**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Christine Roy, being first duly sworn, depose and state as follows:

1. I am the Administrator of the Teamsters Local 251 Unified Trust Fund and Teamsters Local 251 Training Fund ("The Funds").

2. The Funds are joint labor-management employee benefit plans which provide benefits to members of Teamsters Local 251.

3. Defendant is party to a collective bargaining agreement which requires contributions to the Funds based on hours worked for Defendant by members of Teamsters Local 251.

4. For the period of September, 2005 to the present, Defendant has failed to make timely contributions to the Funds.

5. For the period of November, 2005 to the present, Defendant has failed to make any contributions to the Funds. Accordingly, Defendant owes contributions in the

amount of $2,124.90 to the Unified Trust Fund and $708.30 to the Training Fund for the period of November, 2005 through March 2006. (See Exhibits 2 and 3).

6. Defendant has failed to submit remittance reports to the Funds for the months of April and May, 2006. Accordingly, Plaintiffs are unable to calculate the contributions, interest and penalties owed for those months

7. Contributions to the Funds are due by the 10th of the month following the month in which the work was performed. Pursuant to the Trust Agreement, interest is accrued at the rate of 1.5% per month. Interest on the contributions now stands at $239.91 for the Unified Trust Fund and $79.79 for the Training Fund. (See Exhibits 2 and 3).

8. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. Penalties are in the amount of $653.64 for the Unified Trust Fund and $217.92 for the Training Fund. (See Exhibits 2 and 3).

9. In light of the foregoing figures, the Plan requests that the Court enter judgment for the Unified Trust Fund in the amount of $3,017.85 and for the Training Fund in the amount of $1,006.01.

10. The foregoing is true and correct to the best of my knowledge.

Dated: June 28, 2006

I, Christine Roy, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Christine Roy

Subscribed and worn to before me, by Christine Roy, this 30 day of JUNE, 2006.

NOTARY PUBLIC
My commission expires: 6/18/09

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Affidavit in Support of Motion for Default to be sent first-class mail, postage prepaid on this 30 day of June, 2006 to the following party of record:

John Rocchio Corporation
20 Lark Industrial Parkway
Smithfield, RI 02828

Mal A. Salvadore, Esq.
400 Reservoir Avenue
Providence, RI 02907