# EXHIBIT 1

**John Rocchio**

# SUMMARY OF CLAIM

**Health Services and Insurance Plan**

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Sept.05 | 10/10/05 | 654 | $6.26 | $4,095.68 | 1.50% | 2/13/06 | 126 | $258.03 | $819.14 | |
| Oct.05 | 11/10/05 | 948.5 | $6.26 | $5,939.98 | 1.50% | 5/8/06 | 179 | $531.63 | $1,188.00 | |
| Nov.05 | 12/10/05 | 793 | $6.26 | $4,966.16 | 1.50% | 6/15/06 | 187 | $464.34 | $993.23 | |
| Dec.05 | 1/10/06 | 508.5 | $6.26 | $3,184.48 | 1.50% | 6/15/06 | 156 | $248.39 | $636.90 | |
| Jan.06 | 2/10/06 | 800 | $6.26 | $5,010.00 | 1.50% | 6/23/06 | 133 | $333.17 | $1,002.00 | |
| Feb.06 | 3/10/06 | 800 | $6.26 | $5,010.00 | 1.50% | 6/23/06 | 105 | $263.03 | $1,002.00 | |
| Mar. 06 | 4/10/06 | 650 | $6.26 | $4,070.63 | 1.50% | 6/23/06 | 74 | $150.61 | $814.13 | |
| April. 06 | 5/10/06 | | $6.26 | $0.00 | 1.50% | 6/23/06 | 44 | $0.00 | $0.00 | |
| May. 06 | 6/10/06 | | $6.26 | $0.00 | 1.50% | 6/23/06 | 13 | $0.00 | $0.00 | |
| | | 5,154 | | $32,276.93 | | | | $2,249.18 | $6,455.39 | |
| **Amount Paid** | | | | $18,186.30 | | | | $0 | $0 | |
| **Attorneys Fees and costs** | | | | | | | | | | $1,187.50 |
| **Total Owed** | | | | $14,090.63 | | | | $2,249.18 | $6,455.39 | $23,982.69 |

**John Rocchio**

# SUMMARY OF CLAIM

**Unified Trust**

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Sept.05 | 10/10/05 | 784 | $0.60 | $470.40 | 1.50% | 2/21/06 | 134 | $31.52 | $94.08 | |
| Oct.05 | 11/10/05 | 1121.5 | $0.60 | $672.90 | 1.50% | 5/11/06 | 182 | $61.23 | $134.58 | |
| Nov.05 | 12/10/05 | 793 | $0.60 | $475.80 | 1.50% | 6/28/06 | 200 | $47.58 | $95.16 | |
| Dec.05 | 1/10/06 | 508.5 | $0.60 | $305.10 | 1.50% | 6/28/06 | 169 | $25.78 | $61.02 | |
| Jan.06 | 2/10/06 | 800 | $0.60 | $480.00 | 1.50% | 6/28/06 | 138 | $33.12 | $96.00 | |
| Feb.06 | 3/10/06 | 640 | $0.60 | $384.00 | 1.50% | 6/28/06 | 110 | $21.12 | $76.80 | |
| Mar. 06 | 4/10/06 | 800 | $0.60 | $480.00 | 1.50% | 6/28/06 | 79 | $18.96 | $96.00 | |
| April. 06 | 5/10/06 | | $0.60 | $0.00 | 1.50% | 6/28/06 | 49 | $0.00 | $0.00 | |
| May. 06 | 6/10/06 | | $0.60 | $0.00 | 1.50% | 6/28/06 | 18 | $0.00 | $0.00 | |
| | | 5,447 | | $3,268.20 | | | | $239.31 | $653.64 | |
| **Amount Paid** | | | | $1,143.30 | | | | 0 | 0 | |
| **SubTotal** | | | | $2,124.90 | | | | $239.31 | $653.64 | $3,017.85 |

**John Rocchio**

# SUMMARY OF CLAIM

**Training Fund**

| MONTH | DUE | HOURS | HRLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Sept.05 | 10/10/05 | 784 | $0.20 | $156.80 | 1.50% | 2/21/06 | 134 | $10.51 | $31.36 | |
| Oct.05 | 11/10/05 | 1122.5 | $0.20 | $224.50 | 1.50% | 5/11/06 | 182 | $20.43 | $44.90 | |
| Nov.05 | 12/10/05 | 793 | $0.20 | $158.60 | 1.50% | 6/28/06 | 200 | $15.86 | $31.72 | |
| Dec.05 | 1/10/06 | 508.5 | $0.20 | $101.70 | 1.50% | 6/28/06 | 169 | $8.59 | $20.34 | |
| Jan.06 | 2/10/06 | 800 | $0.20 | $160.00 | 1.50% | 6/28/06 | 138 | $11.04 | $32.00 | |
| Feb.06 | 3/10/06 | 640 | $0.20 | $128.00 | 1.50% | 6/28/06 | 110 | $7.04 | $25.60 | |
| Mar. 06 | 4/10/06 | 800 | $0.20 | $160.00 | 1.50% | 6/28/06 | 79 | $6.32 | $32.00 | |
| April. 06 | 5/10/06 | | $0.20 | $0.00 | 1.50% | 6/28/06 | 49 | $0.00 | $0.00 | |
| May. 06 | 6/10/06 | | $0.20 | $0.00 | 1.50% | 6/28/06 | 18 | $0.00 | $0.00 | |
| | | 5,448 | | $1,089.60 | | | | $79.79 | $217.92 | |
| **Amount Paid** | | | | $381.30 | | | | $0 | $0 | |
| **Total** | **Owed** | | | $708.30 | | | | $79.79 | $217.92 | $1,006.01 |