JUL 07 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE FUND, PAUL A. MACDONALD, in his official capacity as Executive Director, TEAMSTERS LOCAL 251 UNIFIED TRUST FUND, TEAMSTERS LOCAL 251 TRAINING FUND, and Christine Roy, in her official capacity as Administrator of the Unified Trust and Training Funds,
Plaintiffs,

v. C.A. No. 06-81T

JOHN ROCCHIO CORPORATION,
Defendant.

**AFFIDAVIT OF PAUL A. MACDONALD IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Paul A. MacDonald, being first duly sworn, depose and state as follows:

1. I am the Executive Director of Teamsters Local 251 Health Services and Insurance Plan ("the Plan"), a joint labor-management employee benefit plan which provides health and other benefits to members of Teamsters Local 251.

2. Defendant is party to a collective bargaining agreement which requires contributions to the Plan based on hours worked for defendant by members of Teamsters Local 251. These funds are used to purchase insurance benefits.

3. For the period of September, 2005 to the present, Defendant has failed to make timely contributions to the Plan.

4. For the period of January, 2006 to the present, Defendant has failed to make any contributions to the Plan. Accordingly, Defendant owes contributions in the amount of $14,090.63 for the period of January 2006 through March 2006. (See Exhibit 1).

5. Defendant has failed to submit remittance reports to the Plan for the months of April and May, 2006. Accordingly, Plaintiffs are unable to calculate the contributions, interest and penalties owed for those months

6. Contributions to the Plan are due by the 10th of the month following the month in which the work was performed. Pursuant to the Trust Agreement, interest is accrued at the rate of 1.5% per month. Interest on the contributions now stands at $2,249.18. (See Exhibit 1).

7. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Plan's Trust Agreement. Penalties are in the amount of $6,455.39. (See Exhibit 1.)

8. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Plan is entitled to reimbursement from Defendant for attorneys' fees and costs expended in the prosecution of this action. The Plan has thus far expended costs in the amount of $250.00 and counsel fees in the amount of $937.50 in prosecuting this action.

9. In light of the foregoing figures, the Plan requests that the Court enter judgment for the Plan in the amount of $ 23,982.69.

10. The foregoing is true and correct to the best of my knowledge.

I, Paul A. MacDonald, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Paul A. MacDonald
Paul A. MacDonald

Subscribed and worn to before me, by Paul A. MacDonald, this 27th day of June, 2006.

Elena Williams
NOTARY PUBLIC
My commission expires: 7-9-2009

CERTIFICATION

I hereby certify that I caused a copy of the foregoing ~~Application to Clerk for Entry of~~ Default to be sent first-class mail, postage prepaid on this __ day of June, 2006 to the following party of record:

John Rocchio Corporation
20 Lark Industrial Parkway
Smithfield, RI 02828

Mal A. Salvadore, Esq.
400 Reservoir Avenue
Providence, RI 02907