UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE FUND, PAUL A. MACDONALD, in his official capacity as Executive Director, TEAMSTERS LOCAL 251 UNIFIED TRUST FUND, TEAMSTERS LOCAL 251 TRAINING FUND, and Christine Roy, in her official capacity as Administrator of the Unified Trust and Training Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 06-81T |
| JOHN ROCCHIO CORPORATION, Defendant. | : | |

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Now come Plaintiffs, by and through their attorneys, and request that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Judgment is sought for the Teamsters Local 251 Health Services and Insurance Fund in the amount of $23,982.69, for the Teamsters Local 251 Unified Trust Fund in the amount of $3,017.85 and for the Teamsters Local 251 Training Fund in the amount of $1,006.01.

In support of this Motion, Plaintiffs rely upon the Affidavits of Paul MacDonald and Christine Roy, and Exhibit 1, filed contemporaneously herein.

GRANTED
Ernest C. Torres
Chief, US District Judge
8/7/06

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: July 7, 2006

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Motion for Default to be sent first-class mail, postage prepaid on this 7 day of July 2006 to the following parties:

John Rocchio Corporation
20 Lark Industrial Parkway
Smithfield, RI 02828

Mal A. Salvadore, Esq.
Sondler, Salvadore & DiCristofaro
400 Reservoir Avenue, Suite 3G
Providence, RI 02907