# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE FUND, PAUL MACDONALD, in his official capacity as Executive Director, TEAMSTERS LOCAL 251 UNIFIED TRUST FUND, TEAMSTERS LOCAL 251 TRAINING FUND, and CHRISTINE ROY, in her official capacity as Administrator of the Unified Trust and Training Funds,
Plaintiffs

vs. C.A. No. 06-81T

JOHN ROCCHIO CORPORATION,
Defendants

## JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[X] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED:

Pursuant to Order granting entry of Judgment by Default entered by the Court on 8/3/06, judgment hereby enters for the plaintiffs Teamsters Local 251 Health Services and Insurance Fund against defendant John Rocchio Corporation in the amount of $23,982.69; for plaintiff Teamsters Local 251 Unified Trust Fund against defendant John Rocchio Corporation in the amount of $3,017.85; Teamsters Local 251 Training Fund against defendant John Rocchio Corporation in the amount of $1,006.01.

Enter:

Deputy Clerk

Dated: August 4th, 2006